UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHRISTOPHER ANTON JOHNSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No.: 1:15-cv-131-HSM-SKL |
| | ) |
| STATE OF TENNESSEE, TENNESSEE BUREAU OF INVESTIGATION (TBI), DIRECTOR MARK GWEN, BOARD OF PROBATION AND PAROLES (TBOPP), PROBATION OFFICER SUPERVISOR ADKINS, PROBATION OFFICER SHAUN COKER, PROBATION OFFICER ANDREW KILPATRICK, HAMILTON COUNTY, TENNESSEE, SHERIFF'S DEPARTMENT, and HAMILTON COUNTY SHERIFF JIM HAMMOND, | ) |
| | ) |
|     In their individual and official capacities, | ) |
| | ) |
|     Defendants. | ) |

## MEMORANDUM

On June 10, 2015, this Court entered an order in this *pro se* prisoner's civil rights case, filed under 42 U.S.C. § 1983, and mailed it to him at the address which he provided in his complaint [Doc. 1 p. 3]. Seven days later, on June 17, 2015, that order was returned to the Court by the U.S. Postal Service marked, "Return to Sender, Not in Custody" [Doc. 4]. More than one month has passed since the postal return of that order, and Plaintiff has not updated his address or otherwise communicated with the Court with respect to this case. Obviously, without a

correct and current address, the Court cannot communicate with Plaintiff. The same is true of Defendants' communication with Plaintiff.

Accordingly, this action will be **DISMISSED without prejudice** for want of prosecution.[1] Fed. R.Civ. P.41(b). Finally, the Court **CERTIFIES** that any appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

**A SEPARATE ORDER WILL ENTER.**

**ENTER**:

                                            */s/ Harry S. Mattice, Jr.*
                                            HARRY S. MATTICE, JR.
                                            UNITED STATES DISTRICT JUDGE

---

[1] If this case were not being dismissed for failure to prosecute, the Court would enter a deficiency order, advising Plaintiff that he had failed to submit a required document to support his *in forma pauperis* application and warning him that his case would be dismissed if he failed to respond appropriately to the deficiency order.